BEFORE THE SECOND DIVISION, JULY 11, 1960

No. 64377.—W. C. Sullivan & Co. *v.* United States, protest 59/12385–10208 (Chicago).

Opinion by LAWRENCE, J. The protest was dismissed.